## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| Ken Frey </br>     Plaintiff | ) </br> ) </br> ) | |
| vs. | ) </br> ) | No. 06 C 2345 |
| Sunrise Chevrolet, Inc. and </br> Gateway Financial </br>     Defendants. | ) </br> ) </br> ) | Jury trial demanded |

### PLAINTIFF'S MOTION TO DETERMINE
### PENDING PETITION FOR COSTS AND ATTORNEY FEES

Now comes the Plaintiff, Ken Frey, by his attorneys, Norman H. Lehrer P.C. and requests this Court to Determine the Pending Petition for Costs and Attorney Fees and in support thereof states as follows:

1. On August 15, 2006, this case was dismissed with prejudice pursuant to agreement and the Court retained jurisdiction solely as to the Plaintiff's Petition for Costs and Attorney Fees. A copy of the Minute Docket Order is attached.

2. On that date the court took the fully briefed Plaintiff's Petition for Costs and Attorney Fees under advisement.

3. This court has not yet ruled on the Plaintiff's Petition for Costs and Attorney Fees and Plaintiff is therefore requesting that the court determine this pending issue.

**Wherefore,** Plaintiff moves the Court to enter an order granting Plaintiff reasonable attorneys fees in the amount of $9,621.25 in addition to fees incurred after the preparation of the Petition and any and all costs incurred in this cause in the amount of $543.90 for a total amount of $10,165.15.

BY: _____
Norman H. Lehrer

Norman H. Lehrer, P.C.
429 West Wesley Street
Wheaton, Il. 60187
630-462-0700



Print - Close Window

**Date:** Wed, 16 Aug 2006 15:13:52 -0500
**From:** usdc_ecf_ilnd@ilnd.uscourts.gov
**To:** ecfmail_ilnd@ilnd.uscourts.gov
**Subject:** Activity in Case 1:06-cv-02345 Frey v. Sunrise Chevrolet Inc et al \"status hearing\"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

United States District Court

Northern District of Illinois - CM/ECF LIVE, Ver 2.5

Notice of Electronic Filing

The following transaction was received from eav, entered on 8/16/2006 at 3:13 PM CDT and filed on 8/15/2006
**Case Name:**         Frey v. Sunrise Chevrolet Inc et al
**Case Number:**       1:06-cv-2345
**Filer:**
**WARNING: CASE CLOSED on 08/15/2006**
**Document Number:** 25

**Docket Text:**
MINUTE entry before Judge Rebecca R. Pallmeyer :Status hearing held on 8/15/2006. Parties to comply with Local Rule 54.3 subject to parties' agreement as to dates. This case is dismissed with prejudice pursuant to agreement. The court retains jurisdiction solely as to the fees issue. Civil case terminated.Mailed notice (eav, )

The following document(s) are associated with this transaction:

**1:06-cv-2345 Notice will be electronically mailed to:**

William George Hutul    normanhlehrer@yahoo.com

Norman H. Lehrer    normanhlehrer@yahoo.com

Ira M. Levin    ilevin@burkelaw.com, jpowell@burkelaw.com, sclement@burkelaw.com

Kimberly A Smith    ksmith@burkelaw.com, jpowell@burkelaw.com, kmcavoy@burkelaw.com, ilevin@burkelaw.com

**1:06-cv-2345 Notice will be delivered by other means to:**

